**CARLSON & JAYAKUMAR LLP**                                          JS-6
Kim Worobec (SBN 220035)
2424 S.E. Bristol Street, Suite 300
Newport Beach, CA 92660
Telephone: (949) 222-2008
Facsimile:   (949) 222-2012
Email:        kim.worobec@cjattorneys.com

*Attorneys for Plaintiff Rady Children's Hospital-*
*San Diego*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RADY CHILDREN'S HOSPITAL-SAN DIEGO, a California Non-Profit Public Benefit Corporation, | Case No. 5:25-cv-02664-SP |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE [F.R.C.P. 41(a)(2)]** |
| v. | |
| ABBOTT LABORATORIES EMPLOYEE BENEFIT FUND, a statutory trust; ABBOTT LABORATORIES, an Illinois Corporation; and DOES 1 through 25, inclusive, | |
| Defendants. | |

1

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE [F.R.C.P. 41(a)(2)]

## **ORDER OF DISMISSAL**

The Court, having considered the parties' Joint Stipulation for Dismissal with Prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), hereby dismisses this action, all claims, causes of action, and parties <u>with</u> prejudice, with each party to bear its/their own costs, expenses, and attorneys' fees.

The Clerk is directed to close the case.

IT IS SO ORDERED.

DATED: February 24, 2026



_____
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE [F.R.C.P. 41(a)(2)]